UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD WESTGARD,<br><br>    Petitioner,<br><br>    v.<br><br>MARGARET GILBERT,<br><br>    Respondent. | CASE NO. 16-cv-05334 RBL JRC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation (Dkt. #10).

(2) Petitioner's Motion to Withdraw Petition without Prejudice (Dkt. #9) is GRANTED, and the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

**DATED** this 30th day of August, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1